

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 24466111**
**Date Processed: 02/14/2022**

| | |
|---|---|
| **Primary Contact:** | Arnold D'Angelo<br>Zurich North America<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 |
| **Electronic copy provided to:** | Hank Russell |
| **Entity:** | Zurich American Insurance Company<br>Entity ID Number 2746725 |
| **Entity Served:** | Zurich American Insurance Company |
| **Title of Action:** | Baxter Senior Living, LLC vs. Zurich American Insurance Company |
| **Matter Name/ID:** | Baxter Senior Living, LLC vs. Zurich American Insurance Company (12001156) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Anchorage Superior Court, AK |
| **Case/Reference No:** | 3AN-22-4417 CI |
| **Jurisdiction Served:** | Alaska |
| **Date Served on CSC:** | 02/11/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | AK DOI on 02/07/2022 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Bankston Gronning Brecht P.C.<br>907-276-1711 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Exhibit B
Page 1 of 3

Case 3:22-cv-00044-SLG     Document 2-2     Filed 03/04/22     Page 1 of 3

STATE OF ALASKA
DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

CERTIFICATE OF SERVICE

I, LORI WING-HEIER, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, COMPLAINT AND JURY DEMAND, EXHIBIT LIST AND EXHIBITS 1-7 IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE.

BAXTER SENIOR LIVING, LLC,
an Alaska limited liability company,

VS.

ZURICH AMERICAN INSURANCE COMPANY,
an Illinois corporation,

CASE NO. 3AN-22-4417 CI,

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 7TH DAY OF FEBRUARY 2022.

In accordance with the provisions of AS 21.09.180-190, one copy of the document together with my certification is forwarded to you:

ZURICH AMERICAN INSURANCE COMPANY,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.


Lori Wing-Heier
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Hunter Pegues
Phone (907) 465-2597

IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my official seal,
at Juneau, Alaska this
9TH DAY OF FEBRUARY 2022.

| From: | DCCED |
|---|---|
| To: | Patterson, Kelli R (CED); Pegues, Hunter L (CED) |
| Subject: | DCCED Payment Received |
| Date: | Tuesday, February 8, 2022 4:10:54 PM |



# Department of Commerce, Community, and Economic Development

CED Staff,

Transaction Id: a3eb8d13-1273-4650-9db3-f4170bfd7304

Item: Administrative Fee

Internal Note: $25 SOP service fee for 3AN-22-4417 CI

External Note: Good afternoon Ms. Adler,

Please see the below $25 Service of Process service fee invoice, for case # 3AN-22-4417 CI.

Thank you.

Received Date: 2/8/2022

Receipt Number: 100341792

Payer Name: William Bankston

Amount Paid: $25.00