# ENTITY DETAILS

## Name(s)

| Type | Name |
|---|---|
| Legal Name | Baxter Senior Living, LLC |

**Entity Type:** Limited Liability Company
**Entity #:** 10037268
**Status:** Good Standing
**AK Formed Date:** 3/30/2016
**Duration/Expiration:** Perpetual
**Home State:** ALASKA
**Next Biennial Report Due:** 1/2/2024
**Entity Mailing Address:** PO BOX 90834, ANCHORAGE, AK 99509
**Entity Physical Address:** 2903 DORIS STREET, ANCHORAGE, AK 99517

## Registered Agent

**Agent Name:** Walter Wilcox
**Registered Mailing Address:** PO BOX 90834, ANCHORAGE, AK 99509
**Registered Physical Address:** 2804 W 35TH AVE., ANCHORAGE, AK 99517

## Officials

☐ Show Former

| AK Entity # | Name | Titles | Owned |
|---|---|---|---|
| 10018930 | Anchorage Equity Partners LLC | Member | 17.82 |
|  | Carl Gatter | Manager |  |
|  | Cook Inlet Tribal Council | Member | 5.00 |
| 10040332 | DK Commercial, LLC | Member | 10.31 |
|  | Lee Cory | Manager, Member | 2.43 |
|  | Old Harbor Native Corporation | Member | 5.00 |
|  | Scott Bringmann | Member | 6.00 |
|  | Walter Wilcox | Manager, Member | 28.73 |

## Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 3/30/2016 | Creation Filing | Click to View | Click to View |
| 5/21/2017 | Initial Report | Click to View |  |
| 5/21/2017 | Certificate of Compliance |  | Click to View |

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 1/06/2018 | Biennial Report | Click to View | |
| 6/08/2018 | Certificate of Compliance | | Click to View |
| 7/30/2018 | Certificate of Compliance | | Click to View |
| 2/24/2020 | Biennial Report | Click to View | |
| 9/02/2020 | Certificate of Compliance | | Click to View |
| 12/21/2020 | Certificate of Compliance | | Click to View |
| 1/03/2022 | Biennial Report | Click to View | |

Close Details    Print Friendly Version