# ENTITY DETAILS

## Name(s)

| Type | Name |
|---|---|
| Legal Name | COOK INLET TRIBAL COUNCIL, INC. |

**Entity Type:** Nonprofit Corporation
**Entity #:** 30703D
**Status:** Good Standing
**AK Formed Date:** 8/24/1983
**Duration/Expiration:** Perpetual
**Home State:** ALASKA
**Next Biennial Report Due:** 7/2/2023
**Entity Mailing Address:** 3600 SAN JERONIMO DR, ANCHORAGE, AK 99508
**Entity Physical Address:** 3600 SAN JERONIMO DR, ANCHORAGE, AK 99508

## Registered Agent

**Agent Name:** LISA RIEGER
**Registered Mailing Address:** 3600 SAN JERONIMO DR, ANCHORAGE, AK 99508
**Registered Physical Address:** 3600 SAN JERONIMO DR, ANCHORAGE, AK 99508

## Officials

☐ Show Former

| AK Entity # | Name | Titles | Owned |
|---|---|---|---|
| | AMY FREDEEN | Vice President | |
| | CHRIS MONFOR | Director | |
| | CLARE SWAN | Director | |
| | DEBRA CALL | Director | |
| | DEBRA MORRIS | Director, Secretary | |
| | DIANE BULS | Director, Treasurer | |
| | DOUGLAS FIFER | Director | |
| | GLORIA O'NEILL | President | |
| | IVAN ENCELEWSKI | Director, President | |
| | JANELLE BAKER | Director | |
| | JOHN CRAWFORD | Director | |
| | JOHN ESTABROOK | Director | |
| | KAARLO WIK | Director, Vice President | |
| | KYAN OLANNA | Vice President | |
| | MARIA COLEMAN | Director | |

| AK Entity # | Name | Titles | Owned |
|---|---|---|---|
|  | MICHAEL TUCKER | Director |  |
|  | PATRICK MARRS | Director |  |
|  | SHAWNA LARSON | Director |  |
|  | THEODORE GARCIA | Director |  |
|  | WAYNE WILSON | Director |  |

# Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 8/24/1983 | Creation Filing | Click to View |  |
| 11/08/1984 | Amendment | Click to View |  |
| 7/05/1985 | Biennial Report | Click to View |  |
| 10/01/1986 | Amendment | Click to View |  |
| 10/01/1986 | Amendment | Click to View |  |
| 7/15/1987 | Biennial Report | Click to View |  |
| 5/26/1989 | Biennial Report | Click to View |  |
| 5/31/1991 | Biennial Report | Click to View |  |
| 6/07/1993 | Biennial Report |  |  |
| 5/09/1994 | Amendment | Click to View |  |
| 5/09/1994 | Amendment | Click to View |  |
| 2/16/1995 | Amendment | Click to View |  |
| 2/16/1995 | Amendment | Click to View |  |
| 6/02/1995 | Biennial Report | Click to View |  |
| 2/23/1998 | Admin Dissolution | Click to View |  |
| 6/15/1998 | Biennial Report | Click to View |  |
| 6/15/1998 | Reinstatement | Click to View |  |
| 8/02/1999 | Biennial Report | Click to View |  |
| 11/15/1999 | Agent Change | Click to View |  |
| 7/10/2000 | Restated and Amended Articles | Click to View |  |
| 7/02/2001 | Biennial Report | Click to View |  |
| 6/24/2002 | Amendment | Click to View |  |
| 5/29/2003 | Amendment | Click to View |  |
| 6/20/2003 | Biennial Report | Click to View |  |
| 4/05/2004 | Amendment | Click to View |  |
| 6/24/2005 | Biennial Report | Click to View |  |
| 9/12/2008 | Biennial Report | Click to View |  |
| 10/20/2008 | Agent Change | Click to View |  |
| 1/12/2010 | Biennial Report | Click to View |  |
| 7/28/2011 | Biennial Report | Click to View |  |
| 7/19/2013 | Biennial Report | Click to View |  |
| 4/28/2014 | Certificate of Compliance |  | Click to View |
| 6/18/2015 | Biennial Report | Click to View |  |
| 10/17/2016 | Restated and Amended Articles | Click to View | Click to View |
| 12/23/2016 | Certificate of Compliance |  | Click to View |
| 5/11/2017 | Biennial Report | Click to View |  |
| 7/11/2017 | Certificate of Compliance |  | Click to View |

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 6/03/2019 | Biennial Report | Click to View | |
| 6/20/2019 | Certificate of Compliance | | Click to View |
| 8/27/2019 | Certificate of Compliance | | Click to View |
| 6/17/2020 | Certificate of Compliance | | Click to View |
| 6/17/2020 | Certificate of Compliance | | Click to View |
| 7/01/2021 | Biennial Report | Click to View | |
| 7/01/2021 | Certificate of Compliance | | Click to View |
| 8/31/2021 | Certificate of Compliance | | Click to View |
| 9/22/2021 | Certificate of Compliance | | Click to View |
| 1/05/2022 | Restated and Amended Articles | Click to View | Click to View |

Close Details    Print Friendly Version