# ENTITY DETAILS

## Name(s)

| Type | Name |
|---|---|
| Legal Name | OLD HARBOR NATIVE CORPORATION |

**Entity Type:** Business Corporation
**Entity #:** 12391D
**Status:** Good Standing
**AK Formed Date:** 9/13/1973
**Duration/Expiration:** Perpetual
**Home State:** ALASKA
**Next Biennial Report Due:** 1/2/2023
**Entity Mailing Address:** 2702 DENALI STREET, SUITE 100, ANCHORAGE, AK 99503
**Entity Physical Address:** 3140 SEAWIND DRIVE, SUITE 100, ANCHORAGE, AK 99516

## Registered Agent

**Agent Name:** Christopher Slottee
**Registered Mailing Address:** 2702 DENALI ST STE 100, ANCHORAGE, AK 99503
**Registered Physical Address:** 2702 DENALI ST STE 100, ANCHORAGE, AK 99503

## Officials

☐ Show Former

| AK Entity # | Name | Titles | Owned |
|---|---|---|---|
|  | Alfred Cratty | Director, Shareholder | 0.38 |
|  | Darrell Berntsen | Director, Shareholder, Treasurer | 0.30 |
|  | DONNA NAKASONE | Director, Shareholder | 0.32 |
|  | DOUG INGA | Director, Shareholder | 0.30 |
|  | FREDDIE CHRISTIANSEN | Secretary, Shareholder, Director | 0.30 |
|  | JEFFREY PETERSON | Director, Shareholder | 0.37 |
|  | LILY D. O'BRIEN | Shareholder, President | 0.35 |
|  | Melissa Berns | Director, Shareholder, Vice President | 0.02 |
|  | TANYA K. INGA | Shareholder, Director | 0.91 |

## Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 9/13/1973 | Creation Filing | Click to View |  |
| 12/10/1980 | Merger | Click to View |  |

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 1/20/1987 | Biennial Report | | |
| 1/17/1989 | Biennial Report | | |
| 2/27/1989 | Amendment | Click to View | |
| 10/12/1990 | Amendment | Click to View | |
| 12/20/1990 | Biennial Report | | |
| 3/18/1993 | Biennial Report | | |
| 1/17/1995 | Biennial Report | | |
| 12/23/1996 | Biennial Report | Click to View | |
| 12/28/1998 | Biennial Report | Click to View | |
| 1/11/2001 | Biennial Report | Click to View | |
| 1/24/2003 | Biennial Report | Click to View | |
| 5/12/2005 | Biennial Report | Click to View | |
| 1/13/2007 | Biennial Report | Click to View | |
| 3/27/2008 | Change of Officials | Click to View | |
| 12/29/2008 | Biennial Report | Click to View | |
| 1/03/2011 | Biennial Report | Click to View | |
| 4/09/2012 | Change of Officials | Click to View | |
| 10/22/2012 | Agent Change | Click to View | |
| 12/19/2012 | Biennial Report | Click to View | |
| 1/16/2013 | Certificate of Compliance | | Click to View |
| 2/07/2013 | Certificate of Compliance | | Click to View |
| 5/13/2013 | Certificate of Compliance | | Click to View |
| 7/17/2013 | Certificate of Compliance | | Click to View |
| 10/15/2013 | Certificate of Compliance | | Click to View |
| 11/27/2013 | Certificate of Compliance | | Click to View |
| 12/16/2013 | Certificate of Compliance | | Click to View |
| 2/10/2014 | Certificate of Compliance | | Click to View |
| 12/09/2014 | Biennial Report | Click to View | |
| 2/03/2016 | Change of Officials | Click to View | |
| 6/06/2016 | Change of Officials | Click to View | |
| 12/28/2016 | Biennial Report | Click to View | |
| 12/20/2017 | Agent Change | Click to View | |
| 12/20/2018 | Biennial Report | Click to View | |
| 2/05/2020 | Certificate of Compliance | | Click to View |
| 1/14/2021 | Biennial Report | Click to View | |
| 4/05/2021 | Change of Officials | Click to View | |
| 12/01/2021 | Certificate of Compliance | | Click to View |

Close Details    Print Friendly Version