
# 1 OF 1 RECORD(S)
FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/1/2022
Report processed by:
Lane Powell PC

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| CORY, LEE E | 1133 SW RIVINGTON DR<br>PORTLAND, OR 97201-3150<br>MULTNOMAH COUNTY | MULTNOMAH | (503) 206-7408 |

## ADDITIONAL PERSONAL INFORMATION

| **SSN** | **DOB** | **Gender** | **LexID(sm)** | **Email** |
|---|---|---|---|---|
| 381-48-XXXX | 9/1957<br>(Age:64) | | 000518186116 | LEECORY@PSLIVING.COM |

**Subject Summary**

**Name Variations**
1:  CORY, ERIC L
2:  CORY, LEE
3:  CORY, LEE E
4:  CORY, LEE ERIC
5:  CORY, LEE F
6:  CORY, LEE SENIOR
7:  CORY, MICHELLE
8:  LEE, CORY
9:  LEE, CORY E
10: LEE, E
11: LEE, ERIC
12: LEE, ERIC CORY
13: MICHELLE, CORY
14: ORY, LEE E

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 381-48-XXXX | Michigan | 1963-1964 | |

**DOBs**
**Reported DOBs:**
9/1958
9/1957

**Others Using SSN - 0 records found**
**Address Summary - 36 records found**

| No. | Address |
|---|---|
| 1: | 1133 SW RIVINGTON DR<br>PORTLAND, OR 97201-3150<br>MULTNOMAH COUNTY |
| 2: | 1133 NW SOUTHWEST RIVINGTON DR |

**Exhibit F**
**Page 1 of 1**