# VOTER INFORMATION
### State of Alaska, Division of Elections



## Voter Information

BRINGMANN SCOTT A

Political Party Affiliation: ALASKA REPUBLICAN PARTY

**Residence Address:**
760 BOTANICAL HEIGHTS CIR
ANCHORAGE 99515

**Mailing Address:**
760 BOTANICAL HEIGHTS CIR
ANCHORAGE AK 99515

## Precinct & Polling Place Location

District/Precinct: 24-710   KLATT

Polling Place Name: KLATT ELEMENTARY SCHOOL

**Polling Place Location:**
11900 PUMA ST
ANCHORAGE

**Directions**

## Absentee Ballot Request Information

| Ballot Details | Delivery Information |
| --- | --- |

If you have any questions or are in need of assistance, please contact the Division of Elections.

**Back**



FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/1/2022
Report processed by:
Lane Powell PC

| Full Name | Address | County | Phone |
|---|---|---|---|
| BRINGMANN, SCOTT ARTHUR | 760 BOTANICAL HEIGHTS CIR | ANCHORAGE | None Listed |
| | ANCHORAGE, AK 99515-3262 | | |
| | ANCHORAGE COUNTY | | |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 574-56-XXXX | 10/1963 | | 000280286493 | SBRINGMANN@ALCANELECTRIC.COM |
| | (Age:58) | | | S.BRINGMANN@ALCANELECTRIC.COM |
| | | | | SBRINGMANN@ALCANTEL.COM |
| | | | | G.BRINGMANN@ALCANELECTRIC.COM |
| | | | | GBRINGMANN@ALCANELECTRIC.COM |

## Subject Summary

### Name Variations

1: BRINGMAN, GEORGE
2: BRINGMAN, SCOTT A
3: BRINGMANN, GEORGE
4: BRINGMANN, GEORGE A
5: BRINGMANN, GEORGE ARTHUR
6: BRINGMANN, GEORGE ARTHUR
7: BRINGMANN, S
8: BRINGMANN, SCOT
9: BRINGMANN, SCOTT
10: BRINGMANN, SCOTT A
11: BRINGMANN, SCOTT AL
12: BRINGMANN, SCOTT ARTHUR

### SSNs Summary

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|