

### Voter Information

WILCOX WALTER JAMES II
Political Party Affiliation: ALASKA REPUBLICAN PARTY
**Residence Address:**
2804 W 35TH AVE
ANCHORAGE 99517
**Mailing Address:**
2903 DORIS ST
ANCHORAGE AK 99517

### Precinct & Polling Place Location

District/Precinct: 21-625    LAKE HOOD
Polling Place Name: LAKE HOOD ELEMENTARY SCHOOL
**Polling Place Location:**
3601 W 40TH AVE
ANCHORAGE

[ Directions ]

### Absentee Ballot Request Information

| Ballot Details | Delivery Information |
| --- | --- |

**If you have any questions or are in need of assistance, please contact the Division of Elections.**

[ Back ]


**1 OF 1 RECORD(S)**
FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/1/2022
Report processed by:
Lane Powell PC

| Full Name | Address | County | Phone |
|---|---|---|---|
| WILCOX, WALTER JAMES II | 2903 DORIS ST<br>ANCHORAGE, AK 99517-1966<br>ANCHORAGE COUNTY | ANCHORAGE | None Listed |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 574-92-XXXX | 11/1977<br>(Age:44) | | 002710361167 | LIEZAW@GMAIL.COM<br>DASHAVWILCOX1@GMAIL.COM |

**Subject Summary**

**Name Variations**
1:   II, WALTER J
2:   WILCOX, WALTER
3:   WILCOX, WALTER 2
4:   WILCOX, WALTER E 2
5:   WILCOX, WALTER J 2
6:   WILCOX, WALTER J II
7:   WILCOX, WALTER J III
8:   WILCOX, WALTER J
9:   WILCOX, WALTER JAMES II
10:  WILCOXII, WALTER J 2
11:  WILCOXII, WALTER J

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | **Most frequent SSN attributed to subject:** | | |
| 1: | 574-92-XXXX | Alaska | 1987-1988 | |
| | | **Other reported SSNs:** | | |
| 1: | 574-17-XXXX | Alaska | 1994-1995 | |

**DOBs**
**Reported DOBs:**
11/1977
1978

**Others Using SSN - 0 records found**
**Address Summary - 12 records found**

| No. | Address |
|---|---|
| 1: | 2903 DORIS ST<br>ANCHORAGE, AK 99517-1966<br>ANCHORAGE COUNTY |
| 2: | 409 W FIREWEED LN<br>ANCHORAGE, AK 99503-1926 |