Details

# ENTITY DETAILS

## Name(s)

| Type | Name |
|---|---|
| Legal Name | Anchorage Equity Partners LLC |

**Entity Type:** Limited Liability Company
**Entity #:** 10018930
**Status:** Good Standing
**AK Formed Date:** 2/24/2014
**Duration/Expiration:** Perpetual
**Home State:** ALASKA
**Next Biennial Report Due:** 1/2/2024
**Entity Mailing Address:** 4300 B STREET SUITE 105, ANCHORAGE, AK 99503
**Entity Physical Address:** 4300 B STREET, SUITE 105, ANCHORAGE, AK 99503

## Registered Agent

**Agent Name:** Neil Gunn
**Registered Mailing Address:** 12741 SILVER SPRUCE DRIVE, ANCHORAGE, AK 99516
**Registered Physical Address:** 12741 SILVER SPRUCE DRIVE, ANCHORAGE, AK 99516

## Officials

☐ Show Former

| AK Entity # | Name | Titles | Owned |
|---|---|---|---|
|  | Neil Gunn | Manager, Member | 50.00 |
|  | Paul Wiltse | Manager, Member | 50.00 |

## Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 2/24/2014 | Creation Filing | Click to View | Click to View |
| 6/15/2015 | Initial Report | Click to View |  |
| 7/11/2016 | Biennial Report | Click to View |  |
| 10/11/2017 | Biennial Report | Click to View |  |
| 10/07/2019 | Biennial Report | Click to View |  |
| 10/27/2021 | Biennial Report | Click to View |  |

Close Details     Print Friendly Version