

# VOTER INFORMATION
## State of Alaska, Division of Elections



**Voter Information**

GUNN NEIL DANA
Political Party Affiliation: UNDECLARED
**Residence Address:**
12741 SILVER SPRUCE DR
ANCHORAGE 99516
**Mailing Address:**
12741 SILVER SPRUCE DR
ANCHORAGE AK 99516-2674

**Precinct & Polling Place Location**

District/Precinct: 26-815   HUFFMAN NO. 4
Polling Place Name: ST ELIZABETH ANN SETON CHURCH
**Polling Place Location:**
2901 E HUFFMAN RD
ANCHORAGE

[Directions]

**Absentee Ballot Request Information**

| Ballot Details | Delivery Information |
| --- | --- |

**If you have any questions or are in need of assistance, please contact the Division of Elections.**

[Back]



FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/1/2022
Report processed by:
Lane Powell PC

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| GUNN, NEIL DANA | 12741 SILVER SPRUCE DR<br>ANCHORAGE, AK 99516-2674<br>ANCHORAGE COUNTY | ANCHORAGE | None Listed |

## ADDITIONAL PERSONAL INFORMATION

| **SSN** | **DOB** | **Gender** | **LexID(sm)** | **Email** |
|---|---|---|---|---|
| 600-36-XXXX | 7/1971<br>(Age:50) | | 001016634072 | RODDGUNN85@GMAIL.COM<br>RODD_GUNN@HOTMAIL.COM<br>NGUNN@TDXPOWER.COM<br>GUNNND@CI.ANCHORAGE.AK.US |

**Subject Summary**

**Name Variations**
1:   GUNN, NEIL
2:   GUNN, NEIL D
3:   GUNN, NEIL DANA
4:   GUNN, NIEL D

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 600-36-XXXX | Arizona | 1987 | |

**DOBs**
**Reported DOBs:**
7/1971

**Others Using SSN - 0 records found**
**Address Summary - 15 records found**

| No. | Address |
|---|---|
| 1: | 12741 SILVER SPRUCE DR<br>ANCHORAGE, AK 99516-2674<br>ANCHORAGE COUNTY |
| 2: | 1560 STATE ST UNIT A 3<br>ANCHORAGE, AK 99504-2878<br>ANCHORAGE COUNTY |
| 3: | PO BOX<br>ANCHORAGE, AK 99508<br>ANCHORAGE COUNTY |
| 4: | 4300 B ST STE 402<br>ANCHORAGE, AK 99503-5946 |