HOME    SERVICES    ABOUT US    CASE STUDIES    CONTACT    NEWS 



✓ **30+ Years**
Experience

✓ **Headquarters**
Anchorage, Alaska



HOME     SERVICES ⌄     ABOUT US ⌄     CASE STUDIES     CONTACT     🔍 NEWS



# PAUL WILTSE

*Partner*

✉  in

## BIOGRAPHY

In addition to co-founding the Venture North Group, Paul is co-founder and co-manager of Anchorage Equity Partners, a private equity fund investing in Alaska based projects and companies.

Paul has passed required exams for the Series 7, 63 and 24 securities licenses.

Paul has over 30 years of management experience in owning, operating and improving companies and government agencies. Prior to co-founding The Venture North group, Paul served as the CFO of an Alaskan Native Corporation in Anchorage, Alaska, and for its largest subsidiary.

Paul served two mayors in Anchorage as the Municipality's Budget Director and in specialist roles

## CONTACT INFO

Phone : (907) 351-6343
Email : pwiltse@venturenorthgroup.com

HOME    SERVICES ⌄    ABOUT US ⌄    CASE STUDIES    CONTACT    🔍 NEWS 

Formerly employed for nearly 20 years in senior executive roles at such firms as Lockheed Martin, L-3 Communications, and Loral Corporation, Paul was charged with improving corporate results in positions ranging from V.P. of Finance and Administration, Executive Program Manager, V.P. of Operations, and merger and acquisition specialist, depending upon the need.

Paul received his MBA from Emory University, graduating near the top of his class, and a Bachelor of Science from the University of Florida, where he graduated in the top 1% of his class.



**Recent News**

Is Now A Good Time for Investments?
MAY 26, 2020

Alaska Tourism in 2021

**Useful Links**

HOME

SERVICES

    SELL-SIDE SERVICES

    BUY-SIDE SERVICES

Search...    🔍

📍 4300 B St #105,

HOME    SERVICES    ABOUT US    CASE STUDIES    CONTACT    NEWS

+1-907-748-6051

Recommendations for Alaska Startups NOW
MAY 12, 2020

OUR TEAM

CASE STUDIES

CONTACT

NEWS



Copyright 2020, All Right Reserved. Web Design & Branding Bianca Frank Design

Exhibit K
Page 4 of 6

Case 3:22-cv-00044-SLG     Document 2-11     Filed 03/04/22     Page 4 of 6



FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/1/2022
Report processed by:
Lane Powell PC

| Full Name | Address | County | Phone |
|---|---|---|---|
| WILTSE, PAUL JAMES | 20 N 6 E 29 B 2 MILE 79 GLENN HWY | MATANUSKA-SUSITNA | None Listed |
| | SUTTON, AK 99674 | | |
| | MATANUSKA-SUSITNA COUNTY | | |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 264-75-XXXX | 5/1959 | | 002744208243 | PWILTSE@TDXPOWER.COM |
| 🚩 SSN linked to multiple people | (Age:62) | | | PWILTSIE@KONIAG.COM |
| | | | | PWILTSE@TDX.COM |

## Subject Summary

## Name Variations

1: WILTS, PAUL J
2: WILTSE, P
3: WILTSE, PAUL
4: WILTSE, PAUL J
5: WILTSE, PAUL JAMES

## SSNs Summary

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 264-75-XXXX | Florida | 1976-1977 | 🚩 SSN linked to multiple people |

## DOBs

**Reported DOBs:**
5/1959

### Others Using SSN - 1 records found

| # | Full Name | SSN | DOB |
|---|---|---|---|
| 1: | FIKE, CHERYL | 264-75-XXXX | 10/1963 |

### Address Summary - 16 records found
No.  Address

| No. | Address |
|---|---|
| 1: | 20 N 6 E 29 B 2 MILE 79 GLENN HWY<br>SUTTON, AK 99674<br>MATANUSKA-SUSITNA COUNTY |
| 2: | 2516 W 27TH AVE APT 2<br>ANCHORAGE, AK 99517-1211<br>ANCHORAGE COUNTY |
| 3: | PO BOX 770774<br>EAGLE RIVER, AK 99577-0774<br>ANCHORAGE COUNTY |
| 4: | 770774 P OPOB 770774<br>EAGLE RIVER, AK 99577<br>ANCHORAGE COUNTY |
| 5: | PO BOX<br>EAGLE RIVER, AK 99577-0774<br>ANCHORAGE COUNTY |
| 6: | 4300 B ST STE 402<br>ANCHORAGE, AK 99503-5946<br>ANCHORAGE COUNTY |
| 7: | 2516 W 27TH AVE 2<br>CHICKALOON, AK 99674<br>MATANUSKA-SUSITNA COUNTY |
| 8: | 79 GLENN HWY<br>WASILLA, AK 99654<br>MATANUSKA-SUSITNA COUNTY |