Details

# ENTITY DETAILS

## Name(s)

| Type | Name |
|---|---|
| Legal Name | DK Commercial, LLC |

**Entity Type:** Limited Liability Company
**Entity #:** 10040332
**Status:** Good Standing
**AK Formed Date:** 7/29/2016
**Duration/Expiration:** Perpetual
**Home State:** ALASKA
**Next Biennial Report Due:** 1/2/2024
**Entity Mailing Address:** PO BOX 90968, ANCHORAGE, AK 99509
**Entity Physical Address:** 12821 OOMIAK CIR, ANCHORAGE, AK 99515

## Registered Agent

**Agent Name:** Michaela Duplesse
**Registered Mailing Address:** 2820 COMMERCIAL DRIVE, ANCHORAGE, AK 99501
**Registered Physical Address:** 2820 COMMERCIAL DRIVE, ANCHORAGE, AK 99501

## Officials

☐ Show Former

| AK Entity # | Name | Titles | Owned |
|---|---|---|---|
| | David DeRoberts | Member | 33.33 |
| | Kyle Scalis | Member | 33.33 |
| | Pat Whalen | Member | 33.33 |

## Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 7/29/2016 | Creation Filing | Click to View | Click to View |
| 7/29/2016 | Initial Report | Click to View | |
| 3/06/2018 | Biennial Report | Click to View | |
| 10/23/2019 | Biennial Report | Click to View | |
| 10/14/2021 | Biennial Report | Click to View | |
| 10/19/2021 | Entity Address Change | Click to View | |

[Close Details]    [Print Friendly Version]

Exhibit L
Page 2 of 2

Case 3:22-cv-00044-SLG    Document 2-12    Filed 03/04/22    Page 2 of 2