

**Voter Information**

DEROBERTS DAVID B
Political Party Affiliation: ALASKA REPUBLICAN PARTY
**Residence Address:**
3320 BALCHEN DR # B
ANCHORAGE 99517
**Mailing Address:**
PO BOX 91656
ANCHORAGE AK 99509

**Precinct & Polling Place Location**

District/Precinct: 21-620   LAKE SPENARD
Polling Place Name: SPENARD RECREATION CENTER
**Polling Place Location:**
2020 W 48TH AVE
ANCHORAGE

**Directions**

**Absentee Ballot Request Information**

| Ballot Details | Delivery Information |
| --- | --- |

**If you have any questions or are in need of assistance, please contact the Division of Elections.**

Back



FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/1/2022
Report processed by:
Lane Powell PC

| Full Name | Address | County | Phone |
|---|---|---|---|
| DEROBERTS, DAVID BRADFORD | PO BOX 91656<br>ANCHORAGE, AK 99509-1656<br>ANCHORAGE COUNTY | ANCHORAGE | None Listed |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 574-64-XXXX | 2/1965<br>(Age:57) | | 000627534184 | DAVED@CRITERIONGENERAL.COM<br>MYCHELBY@GMAIL.COM<br>GREGD@CRITERIONGENERAL.COM<br>D.DEROBERTS@CRITERIONGENERAL.COM |

**Subject Summary**

**Name Variations**
1:   DCROBERTS, DAVID
2:   DE, DAVID B
3:   DE ROBERTS, DAVID B
4:   DEROBERIS, DAVID B
5:   DEROBERS, DAVID B
6:   DEROBERT, DAVID B
7:   DEROBERTS, D
8:   DEROBERTS, DAVE
9:   DEROBERTS, DAVE B
10:  DEROBERTS, DAVID
11:  DEROBERTS, DAVID B
12:  DEROBERTS, DAVID BRADFORD
13:  DEROBERTS, DAVID D
14:  DEROBETS, DAVID BRADFORD
15:  DROBERTS, DAVID
16:  ROBERTS, DAVID
17:  ROBERTS, DAVID B

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 574-64-XXXX | Alaska | 1980-1981 | |

**DOBs**
**Reported DOBs:**
2/1965
1965

**Others Using SSN - 0 records found**
**Address Summary - 24 records found**
No.    Address
1:     PO BOX 91656

Exhibit M
Page 2 of 2