

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/1/2022
Report processed by:
Lane Powell PC

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| SCALIS, KYLE JOSEPH | 12821 OOMIAK CIR<br>ANCHORAGE, AK 99515-3723<br>ANCHORAGE COUNTY | ANCHORAGE | (907) 522-5274 |

**ADDITIONAL PERSONAL INFORMATION**

| **SSN** | **DOB** | **Gender** | **LexID(sm)** | **Email** |
|---|---|---|---|---|
| 574-50-XXXX | 6/1958<br>(Age:63) | | 002260200189 | None Listed |

**Subject Summary**

**Name Variations**
1:   SCALES, KYLE J
2:   SCALIA, KYLE
3:   SCALIS, KYLE
4:   SCALIS, KYLE J
5:   SCALIS, KYLE JOSEPH
6:   SCALIS, KYLE N
7:   SCALIS, KYLE S
8:   SCALIS KYLE, KYLE J
9:   SCALLS, KYLE J
10:  SCATIS, KYLE
11:  SCULIS, KYLE J
12:  SEALIS, KYLE J
13:  SLALIS, KYLE J

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 574-50-XXXX | Alaska | 1973 | |

**DOBs**
**Reported DOBs:**
1959
6/1958

**Others Using SSN - 0 records found**
**Address Summary - 8 records found**
| No. | Address |
|---|---|
| 1: | 12821 OOMIAK CIR<br>ANCHORAGE, AK 99515-3723<br>ANCHORAGE COUNTY |
| 2: | 10208 THIMBLE BERRY DR<br>ANCHORAGE, AK 99515-2642 |



# VOTER INFORMATION
## State of Alaska, Division of Elections



### Voter Information

SCALIS KYLE J

Political Party Affiliation: UNDECLARED

**Residence Address:**
12821 OOMIAK CIR
ANCHORAGE 99515

**Mailing Address:**
12821 OOMIAK CIR
ANCHORAGE AK 99515-3723

### Precinct & Polling Place Location

District/Precinct: 24-725   OCEAN VIEW NO.2

Polling Place Name: CHRIST OUR SAVIOR LUTHERAN CHRCH

**Polling Place Location:**
1612 OCEANVIEW DR
ANCHORAGE

**Directions**

### Absentee Ballot Request Information

| Ballot Details | Delivery Information |
| --- | --- |

**If you have any questions or are in need of assistance, please contact the Division of Elections.**

Back

**Exhibit N**
**Page 2 of 2**

Case 3:22-cv-00044-SLG   Document 2-14   Filed 03/04/22   Page 2 of 2