

### Voter Information

WHALEN PATRICK M
Political Party Affiliation: ALASKA LIBERTARIAN PARTY
**Residence Address:**
1001 OLD KLATT RD
ANCHORAGE 99515
**Mailing Address:**
1001 OLD KLATT RD
ANCHORAGE AK 99515-3268

### Precinct & Polling Place Location

District/Precinct: 24-715   SOUTHPORT
Polling Place Name: MEARS MIDDLE SCHOOL
**Polling Place Location:**
2700 W 100TH AVE
ANCHORAGE

**Directions**

### Absentee Ballot Request Information

| Ballot Details | Delivery Information |
| --- | --- |

**If you have any questions or are in need of assistance, please contact the Division of Elections.**

Back


# 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/1/2022
Report processed by:
Lane Powell PC

| Full Name | Address | County | Phone |
|---|---|---|---|
| WHALEN, PATRICK M | 1001 OLD KLATT RD<br>ANCHORAGE, AK 99515-3268<br>ANCHORAGE COUNTY | ANCHORAGE | None Listed |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 551-13-XXXX | 8/1967<br>(Age:54) | | 002688765106 | HTRACI@HOTMAIL.COM |

**Subject Summary**

**Name Variations**
1: WAHLEN, PATRICK M
2: WALEN, PATRICK M
3: WHALEN, PAT
4: WHALEN, PAT M
5: WHALEN, PAT N
6: WHALEN, PATRCK MICHAE
7: WHALEN, PATRICK
8: WHALEN, PATRICK M
9: WHALEN, PATRICK MICHAEL
10: WHALEN, PATRICK N

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 551-13-XXXX | California | 1972 | |

**DOBs**
**Reported DOBs:**
8/1967

**Others Using SSN - 0 records found**
**Address Summary - 22 records found**

| No. | Address |
|---|---|
| 1: | 1001 OLD KLATT RD<br>ANCHORAGE, AK 99515-3268<br>ANCHORAGE COUNTY |
| 2: | 1770 BAHAMA AVE<br>LAKE HAVASU CITY, AZ 86403-3603<br>MOHAVE COUNTY |
| 3: | 1780 BAHAMA AVE<br>LAKE HAVASU CITY, AZ 86403-3603 |