John R. Crone, ABA#1211090
Landye Bennett Blumstein LLP
701 W 8th Ave., Suite 1100
Anchorage, Alaska 99501
Telephone: (907) 223-4316
Email: johnc@lbblawyers.com

*Attorneys for Plaintiff Baxter Senior Living, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAXTER SENIOR LIVING, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:22-cv-00044-SLG |

# THIRD JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, hereby file their *Third Joint Status Report*. This Report is required by the Court's Order Certifying Questions to the Alaska Supreme Court dated September 30, 2022.

1. On November 8, 2023, the Alaska Supreme Court held oral argument on the Court's certified questions.

2. The certified questions have otherwise been fully briefed by the Parties, and the Parties await an order of the Alaska Supreme Court on the same.

THIRD JOINT STATUS REPORT  Page 1 of 2
*Baxter Senior Living, LLC v. Zurich American Insurance Co.*, Case No. 3:22-cv-00044-SLG

Case 3:22-cv-00044-SLG   Document 35   Filed 04/15/24   Page 1 of 2

DATED at Anchorage, Alaska this 15th day of April, 2024.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Plaintiff

By: /s/*John R. Crone*
Alaska Bar No. 1211090
johnc@lbblawyers.com

LANE POWELL LLC
Attorneys for Defendant

By: /s/*Michael S. Baylous*
Alaska Bar No. 0905022
baylousm@lanepowell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, a true and correct copy of the foregoing document was sent to all participants in the case that are registered via CM/ECF. A copy is available for viewing and downloading from the Court's CM/ECF system.

/s/*Riza Smith*
Riza Smith, Legal Assistant

THIRD JOINT STATUS REPORT Page 2 of 2
*Baxter Senior Living, LLC v. Zurich American Insurance Co.*, Case No. 3:22-cv-00044-SLG

Case 3:22-cv-00044-SLG Document 35 Filed 04/15/24 Page 2 of 2