Doug Karet, ABA# 1211099
Landye Bennett Blumstein LLP
701 W 8th Ave., Suite 1100
Anchorage, Alaska 99501
Telephone: (907) 276-5152
Email: dougk@lbblawyers.com

*Attorneys for Plaintiff Baxter Senior Living, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAXTER SENIOR LIVING, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:22-cv-00044-SLG |

## MOTION FOR WITHDRAWAL OF SUZANNE A. ADLER AND SUBSTITUTION OF DOUGLAS A. KARET

Pursuant to Local Civil Rule 11.1, Suzanne A. Adler requests to withdraw as counsel of record for Baxter Senior Living, LLC. No client consent is needed for this withdrawal, as Landye Bennett Blumstein LLP and Douglas A. Karet (ABA#1211099) will continue to represent Plaintiff in this action, along with Bill Bankston of Manley Brautigam Bankston P.C.

This Notice is being provided to the Court and counsel for their convenience and the Court is requested to Order that attorney Suzanne A. Adler be removed from all distribution lists in this matter. Douglas A. Karet is to be substituted as counsel of record

MOTION FOR WITHDRAWAL OF COUNSEL SUZANNE A. ADLER AND ORDER
*Baxter Senior Living, LLC v. Zurich American Insurance Co.*, Case No. 3:22-cv-00044-SLG    Page 1 of 2

Case 3:22-cv-00044-SLG    Document 46    Filed 10/30/24    Page 1 of 2

for Baxter Senior Living, LLC. A proposed order is included herewith.

Respectfully submitted this 30th day of October, 2024.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Plaintiff

By: /s/*Doug Karet*
Doug Karet
Alaska Bar No. 1211099
dougk@lbblawyers.com

*/s/Suzanne Adler*
Suzanne A. Adler
Alaska Bar No. 1612113
suzannea@lbblawyers.com

## ORDER GRANTING MOTION

IT IS ORDERED that the Motion for Withdrawal of Suzanne A. Adler and Substitution of Douglas A. Karet filed herewith is GRANTED.

DATE: _____

By: _____
Hon. Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, a true and correct copy of the foregoing document was sent to all participants in the case that are registered via CM/ECF. A copy is available for viewing and downloading from the Court's CM/ECF system.

/s/*Riza Smith*
Riza Smith, Legal Assistant

MOTION FOR WITHDRAWAL OF COUNSEL SUZANNE A. ADLER AND ORDER
*Baxter Senior Living, LLC v. Zurich American Insurance Co.*, Case No. 3:22-cv-00044-SLG    Page 2 of 2

Case 3:22-cv-00044-SLG    Document 46    Filed 10/30/24    Page 2 of 2