Doug Karet, Alaska Bar No. 1211099
Andrew Erickson, Alaska Bar No. 1605049
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Ave., Suite 1100
Anchorage, AK 99501
(907) 276-5152
dougk@lbblawyers.com
andye@lbblawyers.com

*Attorneys for Plaintiff Baxter Senior Living, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| BAXTER SENIOR LIVING, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　Defendant. | <br><br><br><br><br><br><br><br>Case No. 3:22-cv-00044-SLG |

**ENTRY OF APPEARANCE**

Please take notice that Andrew Erickson of the law firm of Landye Bennett Blumstein LLP enters his appearance as co-counsel for Plaintiff Baxter Senior Living, LLC in the above-captioned matter.

DATED: November 27, 2024        LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____
Andrew Erickson, Alaska Bar No. 1605049
Doug Karet, Alaska Bar No. 1211099

*Attorneys for Plaintiff Baxter Senior Living, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____
Andrew Erickson