Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3303
Email: baylousm@lanepowell.com

Jared Clapper, *pro hac vice*
Patrick Hofer, *pro hac vice*
Clyde & Co US LLP
1775 Pennsylvania Avenue, NW 4th Floor
Washington, DC 20006
Telephone: 312-635-7000
 202-747-5100
Email: Jared.Clapper@clydeco.us
 Patrick.Hofer@clydeco.us

Attorneys for Defendant Zurich American
Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAXTER SENIOR LIVING, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. 3:22-cv-00044-SLG<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE FOR ZURICH TO FILE SUPPLEMENTAL BRIEFING ON <u>ITS MOTION TO DISMISS</u>** |

The Court allowed Parties to provide supplemental briefing on Zurich American Insurance Company's Motion to Dismiss. Baxter Senior Living, LLC filed its supplemental briefing on November 27, 2024, and the deadline for Zurich to file its supplemental briefing is currently December 11. Zurich respectfully requests that deadline

be extended to December 23.  Counsel for Baxter has indicated they do not oppose this extension.

DATED: December 6, 2024

CLYDE & CO US LLP
Jared Clapper, *pro hac vice*
Patrick Hofer, *pro hac vice*

LANE POWELL LLC
Attorneys for Defendant Zurich American Insurance Company

By  s/ Michael B. Baylous
  Michael B. Baylous, ABA No. 0905022

I hereby certify that on December 6, 2024,
a true and correct copy of the foregoing document
was sent to all participants in the case that are
registered via CM/ECF. A copy is available for
viewing and downloading from the court's
CM/ECF system.

s/ Michael B. Baylous

Unopposed Motion to Extend Deadline for Zurich to File Supplemental Briefing on its Motion to Dismiss:
*Baxter Senior Living, LLC v. Zurich American Insurance Company* (Case No. 3:22-cv-00044-SLG)     Page 2 of 2

Case 3:22-cv-00044-SLG     Document 51     Filed 12/06/24     Page 2 of 2