Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3303
Email: baylousm@lanepowell.com

Jared Clapper, *pro hac vice*
Patrick Hofer, *pro hac vice*
Clyde & Co US LLP
1775 Pennsylvania Avenue, NW 4th Floor
Washington, DC 20006
Telephone: 312-635-7000
 202-747-5100
Email: Jared.Clapper@clydeco.us
 Patrick.Hofer@clydeco.us

Attorneys for Defendant Zurich American
Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BAXTER SENIOR LIVING, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. 3:22-cv-00044-SLG<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR ZURICH TO FILE SUPPLEMENTAL BRIEFING ON <u>ITS MOTION TO DISMISS</u>** |

Upon consideration of Zurich's Unopposed Motion to Extend Deadline for Zurich to file supplemental briefing on its Motion to Dismiss, the Motion is GRANTED. It is ordered that Zurich has until December 23, 2024, to file its supplemental briefing.

ORDERED this _____ day of _____, 2024.

By_____
   Honorable Sharon L. Gleason
   United States District Judge

I hereby certify that on December 6, 2024,
a true and correct copy of the foregoing document
was sent to all participants in the case that are
registered via CM/ECF. A copy is available for
viewing and downloading from the court's
CM/ECF system.

s/ Michael B. Baylous

Order Granting Unopposed Motion to Extend Deadline for Zurich to File Supplemental Briefing on its Motion to Dismiss
*Baxter Senior Living, LLC v. Zurich American Insurance Company* (Case No. 3:22-cv-00044-SLG)  Page 2 of 2

Case 3:22-cv-00044-SLG   Document 51-1   Filed 12/06/24   Page 2 of 2